**RECEIVED**

APR 2 5 2017

**BY MAIL**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Tab Quentin Evans,
   Plaintiff

)
)
)
)
)

v.   )   Case No._____
)  (To be assigned by Clerk of District Court)
)

St. Louis Carpenters District Council, St.
Louis Carpenter's Joint Apprenticeship
Program (C.J.A.P), U.B.C.-International
(United Brotherhood of Carpenters), D.O.L.-
E.T.A. (Employment and Training
Administration), St. Louis D.O.L. (Bureau of
Apprenticeship & Training),D.O.L-O.A.
(Office of Apprenticeship), Blanton
Construction Co.
   Defendant(s)

)
)
)  JURY TRIAL DEMANDED
)       yes
)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.     This employment lawsuit is based on:

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§
2000e, *et seq.*, for employment discrimination on the basis of race, color,
religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII,
you must first obtain a right-to-sue letter from the Equal
Employment Opportunity Commission.*

Other (Describe)

Harassment (sexual harassment discrimination)

## PARTIES

2.     Plaintiff's name: Tab Quentin Evans
        Plaintiff's address: P.O. box 744 Alton, Illinois 62002 Telephone number:
(618)917-2834

3.  Defendant's info:

Blanton Construction Co.

550 Turner Blvd.

St. Peters Missouri 63376

(636)720-1216

St. Louis Carpenters District Council

1401 Hampton Ave.

St. louis Missouri 63139

(314)644-4800

St. Louis Carpenter's Joint Apprenticeship Program (C.J.A.P)   .

8300 Valcour Ave.

St. Louis Missouri 63123

(314)457-8300

U.B.C.-International (United Brotherhood of Carpenters)

101 Constitution Ave.,N.W.-10th Fl.

Washington D.C. 20001

(202)546-6206

FAX (202)543-5724

D.O.L.-E.T.A.(Employment and Training Administration)

230 Dearborn St. Rm# 656

Chicago Illinois 60604

(312)596-5502

St. Louis D.O.L.-B.A.T. (Bureau of Apprenticeship & Training-(Robert A. Young Federal Building)

1222 Spruce St. Rm # 9.102E

St. Louis, Mo 63103

(314)539-2519


D.O.L-O.A.(Office of Apprenticeship)

200 Constitution Ave., N.W.-Rm #5311

Washington D.C. 20210

(202)693-2796


4.     If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:


5.     When did the discrimination occur?  June 21, 2016 through July 1, 2016


## ADMINISTRATIVE PROCEDURES

6.     Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights? yes.  Date Filed: December 28, 2016


7.     Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

yes.   Date Filed: June 28, 2016


8.     Have you received a Notice of Right-to-Sue Letter? yes.

If yes, please attach a copy of the letter to this complaint.


9.     If you are claiming age discrimination:

## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves:

- termination of my employment & 'blacklisting'

- retaliation

- harassment (sexual)

- religious discrimination

11.     Did you complain about this same conduct in your charge of discrimination? Yes.

I believe that I was discriminated against because of my:

- religion,

- sexual harassment

Did you state the same reason(s) in your charge of discrimination?

yes

sexual harassment

12.     State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct.  Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

A.   I moved to St. Louis in 2002 needing only 2 years to complete my 3-4 year apprenticeship. I saw how there was only white students enrolled in my apprenticeship, only white guys on the job, only white secretaries in my apprenticeship, and only white teachers. There were also only white people

working as secretaries at the Union Hall. There were only white Union officials. There were only white people officiating the Union meetings and only white Union members attending the meeting. I heard the workers and their discriminatory views against minorities and I too had felt the discrimination against me, because of my religion and people spreading gossip and slander that I was 'gay,' (and the sexual harassment that goes along with it). I was being discriminated against and 'blacklisted,' whereas, I was not being referred onto jobs or I was being 'promiscuously hired and fired,' and the Union would do nothing. The Federal government gave recession recovery grant money to my state and county for insulating houses and I was to be given Equal Employment Opportunity, by meeting all the qualifications as an Illinois resident, a Madison county resident, a Union carpenter member, a Union carpenter apprentice, currently 'out of work,' willing to accept the work, and having been receiving some form of social services I was perfect for applying, but, I was not informed. I was given NO Equal Employment Opportunity whereas the county told me 'your Union was supposed to inform you.' And the Union Business Agent, said he called me, but, '...there must have been a phone glitch. So, sue me,' and hung up on me. After 5 years of mistreatment, in 2007, I filed a grievance with my St. Louis Carpenter's Union, the St. Louis C.J.A.P. apprenticeship, and the St. Louis D.O.L. B.A.T. (Bureau of Apprenticeship and Training). This treatment happened over and over and over for 14 years during the St. Louis Carpenters Apprenticeship, and nobody did anything. I reported the 'blacklisting,' discrimination, threats, violence, and harassment to the

Union, the apprenticeship, and the St. Louis D.O.L bureau of Apprenticeship & Training. They all allowed it to continue for 14 years. Nobody stopped it. Nobody solved the issue. Nobody looked into why minorities were apparently not getting into the St. Louis Carpenter's Union Apprenticeship and or completing the program. I was given a letter from the institutions saying there was no merit to my claims. To the contrary, I did a F.O.I.A. and the records from the D.O.L. showed their own letters to my Union showed this was NOT the case. They were not meeting State & Federal standards for having minorities in their program and could be unaccredited, lose millions in future State & Federal Grants, & be shut down. The F.O.I.A. also showed the opposite of the letter the St. Louis Carpenters Union sent me. They are required to have at least 17% minorities, yet, only had 0-3%, and next to none ever finish their apprenticeship program. The Director of the St. Louis D.O.L. (Bureau of Apprenticeship & Training) said, those '…people just don't want to work…' Contrary to, again, records that show that St. Louis minorities did a 'sit-in' and shut down the $700-$800 million interstate highway 70 FHA project, wanting to be placed on jobs. The FHA already had an allotted percentage amount of the overall $700-$800 million dollar project set aside for the use of training minorities, yet, none were being trained, and none were being placed on the job. So, who got that money allotted for training minorities to get placed on the job? The St. Louis Carpenters Union was already receiving millions in State & Federal grants for their apprenticeship program that was required and supposed to be training at least 17% minorities yet, they had no minorities to place on the

job. After asking for more FHA monies to train minorities, the records showed, next to none were placed on the job, and next to none every completed the Carpenters apprenticeship. After filing a 2007 grievance with my Union, the apprenticeship, and the St. Louis D.O.L., I was facing threats, NO Union representation, not being trained and placed on jobs, verbal abuse, wrongful suspension, 15 years of my pension forfeited, harassment, and retaliation, and 14 years later I completed my remaining 2 years of apprenticeship in St. Louis, Missouri. The St. Louis C.J.A.P, St. Louis Carpenters Union, International U.B.C., St. Louis D.O.L., E.T.A., and Office of Apprenticeship all did nothing to protect the apprentice from wrongful treatment and discrimination. The D.O.L. standards I mentioned in my 'grievance,' mention how they are to recruit new apprentices without discrimination. They are to place the apprentices on jobs without discrimination. They are to be referred out to jobs without discrimination. They are to monitor the apprentices' progress so as to make sure they are being properly trained on the jobsite. That they are not being mistreated on the job. That they are NOT being 'promiscuously hired and fired.' And they are to monitor the apprentices' progress so that they '...finish the program in a timely manner.' Also, per the Federal Office of Labor Management Standards, they are to be given all the Union member rights, which they were NOT for being wrongfully suspended, NOT being put on jobs, then, wrongfully forfeiting 15 years of the members' pension. They were to be given all their Union member rights per their International U.B.C. Union Carpenter Constitution, which they were NOT. And they are to be given all the

Union member rights per the St. Louis 'By-laws' and 'Trade rules,' which they were NOT. They had a signed contract, an 'indenture' agreement, that the Union would pay for the training and the apprentice would be expected to go to all the training sessions and would perform OTJ work for the Union contractors, for so many hours of book & classroom training and so many thousands of hours of physical work performed, at designated Union apprentice pay rates. The Union breeched this signed, covenant, indenture agreement, as well as unethically ignored their own Union code & 'obligation' to assist any fellow carpenter to secure work, while, ongoing discriminating against a certain apprentice from 2001 through 2016, 15 years, just to finish a 3-4 year apprenticeship. The last time I was on a job was July 1, 2016. And the actions continue to the present for this individual and or a class of minorities they systematically continue to 'blacklist' and discriminate against putting them on jobs, thus, they are NOT working (like the others) and as a result, they have their accrued pensions wrongfully forfeited as well, and take them over into their own general Union fund, all as a result of the ongoing Union discrimination.

13.    The acts set forth in paragraph 12 of this complaint:

are still being committed by defendant.

may still be being committed by defendant.

14.    Additional Information:

This case is in conjunction with a civil suit against the St. Louis Carpenters apprenticeship, St. Louis Carpenter's District Council, and International U.B.C. for

breech of apprenticeship indenture contract, violation of St. Louis Trade rules and By-laws, U.B.C. Constitution Union member rights, and O.L.M.S. (Office of Labor Management Standards) Union member rights concerning wrongful Union member suspension and wrongful forfeiture of 15 years of pension. The plaintiff's Civil suit and whistleblowing and getting F.O.I.A. records & using the D.O.L.'s own records & exposing the discrimination against minorities also involves the apprentices right to have the training institution's (St. Louis Carpenter's Joint Apprenticeship Program) 'discrimination free' protection (parens patriae) while enrolled in their program. The obligation, parens patriae, of the State and Federal agencies (St. Louis D.O.L. Bureau of Apprenticeship and Training, D.O.L. E.T.A. (Employment and Training Administration), and D.O.L. Office of Apprenticeship) who are in place, with the responsibility of the apprentices safety and well-being, and protection, was NOT upheld, to allow this 15 years of mistreatment and ongoing discrimination to take place in the St. Louis Carpenter's Union apprenticeship program.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I have been forced into 'in forma pauperis' state because of the actions & retaliation against me and for the 15 years of bad 'work history' because of what the St. Louis Carpenter's Union has allowed and wish for the Court to appoint me legal assistance to be made whole in this discrimination and civil suit for breach of the Union 'indenture' contract, regaining the accrued pension fund due to the wrongful forfeiture of 15 years of pension, lost wages (wrongfully denied due Union Journeyman rate since 2004), punitive damages, pain and suffering, and potential class-action et al, other minorities suffering ongoing discrimination in the St. louis Carpenters Union and or apprenticeship program, who have also had to face discrimination and subsequently, had their accrued pensions/confiscated and forfeited.

_____  4/21/2017
Signature of Plaintiff

# United States District Court
# Eastern Missouri

## Your E-ProSe Forms Package



**EMPLOYMENT DISCRIMINATION COMPLAINT**

# Tab Evans
# April 2/, 2017

Verify the accuracy of all information on your forms prior to filing.

Sign and date each form.

Please complete the Civil Cover Sheet with assistance from a deputy clerk at the front counter.

Either file a completed *Motion to Proceed In Forma Pauperis and Financial Affidavit* or submit a check for $425.00 to cover the filing fee.