UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TAB QUENTIN EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17 –CV-1390 SPM |
| | ) | |
| ST. LOUIS CARP. DIST. COUNCIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to proceed in forma pauperis, filed in conjunction with his employment discrimination complaint. After reviewing plaintiff's financial status, the Court will grant plaintiff's motion to proceed in forma pauperis. The Court will also direct the Clerk to issue process on plaintiff's complaint.

Accordingly,

**IT IS HEREBY ORDERED** plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue process or cause process to issue on the complaint.

Dated this  20th  day of June, 2017.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE