# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TAB QUENTIN EVANS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:17-CV-1390 SPM |
| ST. LOUIS CARP. DIST. CNCL., et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the filing of plaintiff's motion to amend his complaint. [Doc. #36] Plaintiff's motion will be granted. In light of granting plaintiff leave to file his amended complaint, the Court will deny defendants' motions to dismiss at this time.

By separate Order, the Court will consolidate the present action into *Evans v. St. Louis Carpenters District Council, et al.,* 4:17-CV-1389 SPM, for remaining pretrial proceedings and trial. As plaintiff has simultaneously filed his amended complaint in *Evans v. St. Louis Carpenters District Council, et al.,* 4:17-CV-1389 SPM, the parties may respond to the amended complaint in the consolidated proceeding, or they may wait for proper service by the United States Marshal's Office, as plaintiff is proceeding in forma pauperis in the present action, and as such, the Court is responsible for service on his behalf.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file his amended complaint [Doc. #36] is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants' motions to dismiss [Doc. #12, #18, #23 and #32] are **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that defendant's motion to consolidate case [Doc. #17] is **DENIED AS MOOT**.

/s/ Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of October, 2017.